STATE of Maine

v.

**Mark J. FARRAR.**

Supreme Judicial Court of Maine.

Argued April 28, 1986.

Decided April 30, 1986.

John D. McElwee, Dist. Atty., Brian E. Swales, Asst. Dist. Atty. (orally), Caribou, for plaintiff.

Jordan & Goodridge, Donald H. Goodridge (orally), Houlton, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, WATHEN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

On appeal from his conviction of operating after suspension (29 M.R.S.A. § 2184 (1978 & Supp.1985)) after jury trial in the Superior Court, Aroostook County, Mark J. Farrar contends that the presiding justice erroneously instructed the jury on the State's burden of disproving beyond a reasonable doubt the asserted competing harms defense. *See State v. Raubeson,* 488 A.2d 1379, 1380 (Me.1985); 17–A M.R.S.A. § 103 (1983). Because the evidence at trial was insufficient to generate the competing harms defense, we conclude that any error in the jury instruction was harmless. *See* 17–A M.R.S.A. § 101(1) (1983).

The entry is:

Judgment affirmed.

All concurring.

STATE of Maine

v.

**John HASKINS.**

Supreme Judicial Court of Maine.

Submitted on Briefs April 29, 1986.

Decided May 13, 1986.

Jane Eaton, Asst. Dist. Atty., Machias, for plaintiff.

Robert E. Tibbetts, Calais, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, WATHEN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

After a jury trial in Superior Court (Washington County) defendant John Haskins was convicted of operating a motor vehicle after being found an habitual offender, 29 M.R.S.A. § 2298 (Supp.1985–1986), and of operating under the influence of intoxicating liquor, 29 M.R.S.A. § 1312–B (Supp.1985–1986). On appeal Haskins challenges the sufficiency of the evidence to support a finding that he had operated an automobile on the evening of his arrest. Viewing the testimony of witnesses in the light most favorable to the State, the jury could rationally find beyond a reasonable doubt every element of the offenses charged, including operation. *See State v. Barry,* 495 A.2d 825, 826 (Me. 1985).

The entry is:

Judgments affirmed.

All concurring.